UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION
NO. 252 PENSION PLAN, ELECTRICAL         Case No.  08-11903
WORKERS LOCAL NO. 252 HEALTH
& WELFARE PLAN, INTERNATIONAL            Hon. Patrick J. Duggan
BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL UNION NUMBER 252
DEFINED CONTRIBUTION/401(K) PLAN,
ELECTRICAL WORKERS LOCAL NUMBER
252 APPRENTICE SCHOOL PLAN,
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL UNION
252 JOINT APPRENTICE TRAINING FUND,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 252 LABOR
MANAGEMENT COOPERATION FUND, and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 252,

       Plaintiffs,
                                         **CONSENT JUDGMENT**
v

SHARP ELECTRICAL SERVICE, INC.,
a Michigan corporation, and KENNETH C. SHARP,
jointly and severally,

       Defendants.
_____

**CONSENT JUDGMENT**

At a session of the Court held in the United States Courthouse
in the Eastern District of Michigan, Southern Division
on the 21st day of January, 2010.

PRESENT:  Patrick J. Duggan
United States District Judge

This matter having come before the Court pursuant to the consent of the parties as evidenced by the signatures below, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that judgment shall be and hereby is entered in favor of the Plaintiffs and against Defendant **Sharp Electrical Service, Inc.** in the amount of **$25,000.00**.

**IT IS HEREBY ORDERED** that judgment shall be and hereby is entered in favor of the Plaintiffs and against Defendant **Kenneth C. Sharp** in the amount of **$10,000.00**.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  January 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 21, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

THE UNDERSIGNED STIPULATE TO THE ENTRY OF THIS JUDGMENT.

| | |
|---|---|
| /s/ Joy M. Glovick | /s/ Stephen J. Safranek |
| Joy M. Glovick (P66961) | Stephen J. Safranek (P46808) |
| Conlin, McKenney & Philbrick, P.C. | Attorney for Defendants |
| Attorneys for Plaintiffs | 5359 Hilltop Court, Suite 200 |
| 350 S. Main Street, Suite 400 | Ann Arbor, Michigan  48105 |
| Ann Arbor, Michigan  48104-2131 | (734) 883-6061 |
| (734) 761-9000 | mcsafranek7@sbcglobal.net |
| glovick@cmplaw.com | |
| Dated:  January 21, 2010 | Dated:  January 21, 2010 |

C:\DOCUMENTS AND SETTINGS\orem\LOCAL SETTINGS\TEMP\NOTES6030C8\CONSENT JUDGMENT.WPD